In the Matter of the Claim of VERNE B. SELLE, Appellant.  ISADOR LUBIN, as Industrial Commissioner, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ.